**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Amity Court LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2268722** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14400 NE Bel Red Rd., Ste 204 Bellevue, WA 98007** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

25-00240-11   Doc 1   Filed 02/11/25   Entered 02/11/25 12:17:29   Pg 1 of 43

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

|  | District _____ | When _____ | Case number _____ |
|---|---|---|---|
|  | District _____ | When _____ | Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No ☐ Yes. |
|---|---|---|

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 2 of 43

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2025**
                MM / DD / YYYY

**X** **/s/ Stanley Xu**                          **Stanley Xu**
Signature of authorized representative of debtor         Printed name

Title    **Authorized Person**

**18. Signature of attorney**

**X** **/s/ James L. Day**                  Date   **February 11, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**James L. Day**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**      Email address   **jday@bskd.com**

**WSBA 20474 WA**
Bar number and State

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2025**
                MM / DD / YYYY

X _~signature~_____        **Stanley Xu**
Signature of authorized representative of debtor        Printed name

Title   **Authorized Person**

**18. Signature of attorney**

X _____        Date   **February 11, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**James L. Day**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**        Email address   **jday@bskd.com**

**WSBA 20474 WA**
Bar number and State

## LIMITED LIABILITY COMPANY RESOLUTION
### Amity Court LLC

WHEREAS, Amity Court LLC, a Washington limited liability company (the "Company") is experiencing significant financial challenges; and

WHEREAS, the sole Member of the Company is X & C Holdings LLC (the "Member"); and

WHEREAS, it is the opinion of the Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Member consents to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings, and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Stanley Xu, authorized person, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Stanley Xu, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

FURTHER RESOLVED, that following the filing of the Chapter 11 bankruptcy, Stanley Xu is authorized to transmit information regarding the Company to the Bankruptcy Court, the US Trustee, and other parties in interest in behalf of the Company.

*Signatures on following page*

DATED this ___7th___ day of February, 2025.


AMITY COURT LLC, a Washington limited liability company

By: X & C Holdings LLC, a Delaware limited liability company
    Its managing Member, Manager and Governor


By: _____
Nanling Chen, managing Member and Manger for X & C Holdings LLC


By: _____
Stanly Xu, Managing Member and Manager for X & C Holdings LLC

2876 ib07ck0113

Debtor name   **Amity Court LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2025**      *X* **/s/ Stanley Xu**
_____
Signature of individual signing on behalf of debtor

**Stanley Xu**
_____
Printed name

**Authorized Person**
_____
Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Amity Court LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2025**       X _Stanley Xu_____
                                            Signature of individual signing on behalf of debtor

                                            **Stanley Xu**
                                            Printed name

                                            **Authorized Person**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Amity Court LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B.E.E. Consulting, LLC 22903 66th Place West Mountlake Terrace, WA 98043 | | | | | | $3,500.00 |
| Bush, Roed & Hitchings, Inc. 15400 SE 30th PL Suite 100 Bellevue, WA 98007 | | | | | | $22,565.75 |
| Clark Barnes 1401 W. Garfield St. Seattle, WA 98119 | | | | | | $25,320.00 |
| Conant Lens 14400 Bel-Red Rd. Suite 102 Bellevue, WA 98007 | | | Contingent | | | $1,659.00 |
| CYT Makeup and Hair Studio, LLC 14400 Bel-Red Road Suite 109A Bellevue, WA 98007 | | | Contingent | | | $1,239.00 |
| DCI Engineers 818 Stewart St. Suite 1000 Seattle, WA 98101 | | | | | | $12,797.50 |
| Fora Landscape Architects 1430 NE 65th St. Seattle, WA 98115 | | | | | | $3,000.00 |
| InExt Staging 14400 Bel-Red Rd. Suite 206 Bellevue, WA 98007 | | | Contingent | | | $2,085.55 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kinese Studio 14400 Bel-Red Road Suite 105 Bellevue, WA 98007** | | | **Contingent** | | | $1,214.81 |
| **Levite Construction Co. 14400 Bel-Red Road Suite 204 Bellevue, WA 98007** | | | **Contingent** | | | $1,572.00 |
| **Mona Foundation 14400 Bel-Red Road Suite 106 Bellevue, WA 98007** | | | **Contingent** | | | $2,045.60 |
| **NSA Motors, LLC 14400 Bel-Red Road Suite 202 Bellevue, WA 98007** | | | **Contingent** | | | $1,867.00 |
| **Olga Shade, LLC 14400 Bel-Red Road Unit 100 Bellevue, WA 98007** | | | **Contingent** | | | $1,867.00 |
| **Rushing Company LLC 1725 Westlake Ave N. Suite 300 Seattle, WA 98109** | | | | | | $47,000.00 |
| **Ruthwise Investment, LLC 14400 Bel-Red Road Suite 109B Bellevue, WA 98007** | | | **Contingent** | | | $2,446.00 |
| **Signature Eyelash and Spa 14400 Bel-Red Road Suite 204B Bellevue, WA 98007** | | | **Contingent** | | | $3,600.00 |
| **Sudden Beauty, LLC 14400 Bel-Red Road Suite 108B Bellevue, WA 98007** | | | **Contingent** | | | $1,350.00 |
| **Sysmax Tech Inc. 14400 Bel-Red Road Suite 110 Bellevue, WA 98007** | | | **Contingent** | | | $3,108.00 |
| **US Tiny Bear Corporation 14400 Bel-Red Road Suite 205 Bellevue, WA 98007** | | | **Contingent** | | | $2,533.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wenrui Art Studio, LLC 14400 Bel-Red Rd. Suite 103 Bellevue, WA 98007** | | | **Contingent** | | | **$1,395.25** |

**Fill in this information to identify the case:**

Debtor name   **Amity Court LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................   $   **7,780,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................   $   **208,279.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................   $   **7,988,279.06**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $   **5,629,380.77**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **146,442.46**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b   $   **5,775,823.23**

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 13 of 43

Fill in this information to identify the case:

Debtor name     **Amity Court LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **checking** | **6571** | **$33,279.06** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$33,279.06**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Reserve account held by Axos Bank. The Debtor does not have access to the account.** | **$175,000.00** |
| 7.2. | **Property tax reserve account held by Axos Bank. The Debtor does not have access to this account, and it does not know the current balance.** | **Unknown** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | $175,000.00 |
|----|----------------------|---|-------------|
|    | Add lines 7 through 8. Copy the total to line 81. | | |

| Part 3: | **Accounts receivable** |
|---------|-------------------------|

**10. Does the debtor have any accounts receivable?**

�■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---------|-----------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---------|---------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|-----------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|------------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 15 of 43

|  | available. |  |  |  |  |
|---|---|---|---|---|---|
| 55.1. | **14400 Northeast Bellevue-Redmond Road, Bellevue, Washington 98007** | fee simple | $0.00 | Appraisal | $7,780,000.00 |

| 56. | **Total of Part 9.** | | $7,780,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property Pending Real Estate Entitlements for buildout as housing units related to 14400 Bel-Red Road, Bellevue, WA 98007** | $0.00 | | Unknown |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 16 of 43

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
   Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
   **Property and General liability Policy with Liberty Mutual-**
   **policy no 2563814213**                                       **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.              **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

25-00240-11   Doc 1   Filed 02/11/25   Entered 02/11/25 12:17:29   Pg 17 of 43

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,279.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $175,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $7,780,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $208,279.06 | + 91b. $7,780,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,988,279.06 |

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 18 of 43

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ **Yes.** Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Axos Bank** | Describe debtor's property that is subject to a lien | **$5,629,380.77** | **$7,780,000.00** |
| Creditor's Name<br>**4350 La Jolla Village Drive Suite 100**<br>**San Diego, CA 92122**<br>Creditor's mailing address | **14400 Northeast Bellevue-Redmond Road, Bellevue, Washington 98007** | | |
| | Describe the lien | | |
| | | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$5,629,380.77** |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**AMG Financial**
**1402 Third Ave**
**Suite 619**
**Seattle, WA 98191**

Date(s) debt was incurred  \_
Last 4 digits of account number  \_

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  \_

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Anna Lozhkina Photography**
**14400 Bel-Red Road**
**Suite 204A**
**Bellevue, WA 98007**

Date(s) debt was incurred  \_
Last 4 digits of account number  \_

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  \_

Is the claim subject to offset? ■ No ☐ Yes

**$956.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**B.E.E. Consulting, LLC**
**22903 66th Place West**
**Mountlake Terrace, WA 98043**

Date(s) debt was incurred  \_
Last 4 digits of account number  \_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  \_

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**Bush, Roed & Hitchings, Inc.**
**15400 SE 30th PL**
**Suite 100**
**Bellevue, WA 98007**

Date(s) debt was incurred  \_
Last 4 digits of account number  \_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  \_

Is the claim subject to offset? ■ No ☐ Yes

**$22,565.75**

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 20 of 43

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,320.00** |
|---|---|---|---|
| | **Clark Barnes** | ☐ Contingent | |
| | **1401 W. Garfield St.** | ☐ Unliquidated | |
| | **Seattle, WA 98119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,659.00** |
|---|---|---|---|
| | **Conant Lens** | ■ Contingent | |
| | **14400 Bel-Red Rd.** | ☐ Unliquidated | |
| | **Suite 102** | ☐ Disputed | |
| | **Bellevue, WA 98007** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.00** |
|---|---|---|---|
| | **Cruise Center** | ■ Contingent | |
| | **14400 Bel-Red Road** | ☐ Unliquidated | |
| | **Suite 103** | ☐ Disputed | |
| | **Bellevue, WA 98007** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,239.00** |
|---|---|---|---|
| | **CYT Makeup and Hair Studio, LLC** | ■ Contingent | |
| | **14400 Bel-Red Road** | ☐ Unliquidated | |
| | **Suite 109A** | ☐ Disputed | |
| | **Bellevue, WA 98007** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,797.50** |
|---|---|---|---|
| | **DCI Engineers** | ☐ Contingent | |
| | **818 Stewart St.** | ☐ Unliquidated | |
| | **Suite 1000** | ☐ Disputed | |
| | **Seattle, WA 98101** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Fora Landscape Architects** | ☐ Contingent | |
| | **1430 NE 65th St.** | ☐ Unliquidated | |
| | **Seattle, WA 98115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,085.55** |
|---|---|---|---|
| | **InExt Staging** | ■ Contingent | |
| | **14400 Bel-Red Rd.** | ☐ Unliquidated | |
| | **Suite 206** | ☐ Disputed | |
| | **Bellevue, WA 98007** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 21 of 43

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.81 |
|---|---|---|---|

**Kinese Studio**
**14400 Bel-Red Road**
**Suite 105**
**Bellevue, WA 98007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,572.00 |
|---|---|---|---|

**Levite Construction Co.**
**14400 Bel-Red Road**
**Suite 204**
**Bellevue, WA 98007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,045.60 |
|---|---|---|---|

**Mona Foundation**
**14400 Bel-Red Road**
**Suite 106**
**Bellevue, WA 98007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,867.00 |
|---|---|---|---|

**NSA Motors, LLC**
**14400 Bel-Red Road**
**Suite 202**
**Bellevue, WA 98007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,867.00 |
|---|---|---|---|

**Olga Shade, LLC**
**14400 Bel-Red Road**
**Unit 100**
**Bellevue, WA 98007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|

**Rushing Company LLC**
**1725 Westlake Ave N.**
**Suite 300**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,446.00 |
|---|---|---|---|

**Ruthwise Investment, LLC**
**14400 Bel-Red Road**
**Suite 109B**
**Bellevue, WA 98007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

S-On Chinese School
14400 Bel-Red Road
Suite 108B
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

Signature Eyelash and Spa
14400 Bel-Red Road
Suite 204B
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$877.00** |
|---|---|---|---|

Silver Pacific Home Care and Staff
14400 Bel-Red Road
Suite 101B
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

Sudden Beauty, LLC
14400 Bel-Red Road
Suite 108B
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,108.00** |
|---|---|---|---|

Sysmax Tech Inc.
14400 Bel-Red Road
Suite 110
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,533.00** |
|---|---|---|---|

US Tiny Bear Corporation
14400 Bel-Red Road
Suite 205
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.25** |
|---|---|---|---|

Wenrui Art Studio, LLC
14400 Bel-Red Rd.
Suite 103
Bellevue, WA 98007

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 146,442.46 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.   $ | 146,442.46 |

Debtor name   **Amity Court LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 101A** | |
|---|---|---|---|
| | State the term remaining | **4/30/2026** | **AMG Financial**<br>**14400 Bel-Red Road**<br>**Suite 101A**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 204A** | |
|---|---|---|---|
| | State the term remaining | **2/28/2025** | **Anna Lozhkina Photography**<br>**18318 32nd Ave SE**<br>**Bothell, WA 98012** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 102** | |
|---|---|---|---|
| | State the term remaining | **7/31/2026** | **Conant Lens**<br>**14400 Bel-Red Road**<br>**Suite 102**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 103** | |
|---|---|---|---|
| | State the term remaining | **5/31/26** | **Cruise Center**<br>**14400 Bel-Red Road**<br>**Suite 103**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 109A** | |
|---|---|---|---|
| | State the term remaining | **7/31/2025** | **CYT Makeup and Hair Studio, LLC**<br>**14400 Bel-Red Road**<br>**Suite 109A**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 206** | |
|---|---|---|---|
| | State the term remaining | **1/31/2025** | **InExt Staging**<br>**14400 Bel-Red Road**<br>**Suite 206**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 105** | |
|---|---|---|---|
| | State the term remaining | **9/30/2025** | **Kenese Studio**<br>**14400 Bel-Red Road**<br>**Suite 105**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 203** | |
|---|---|---|---|
| | State the term remaining | **3/31/2026** | **Levite Construction Co.**<br>**14400 Bel-Red Road**<br>**Suite 203**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Property management services contract** | |
|---|---|---|---|
| | State the term remaining | **perpetual** | **Longwell Company**<br>**14400 Bel-Red Road**<br>**Suite 400**<br>**Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease- 14400 Bel-Red Road, Suite 204** | |
| State the term remaining — **12/31/2026** | **Longwell Office II LLC**<br>**14400 Bel-Red Road**<br>**Suite 204**<br>**Bellevue, WA 98007** |
| List the contract number of any government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease- 14400 Bel-Red Road, Suite 208** | |
| State the term remaining — **2/28/2025** | **LuComm Technologies**<br>**14400 Bel-Red Road**<br>**Suite 208**<br>**Bellevue, WA 98007** |
| List the contract number of any government contract | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease- 14400 Bel-Red Road, Suite 106** | |
| State the term remaining — **5/31/2025** | **Mona Foundation**<br>**14400 Bel-Red Road**<br>**Suite 106**<br>**Bellevue, WA 98007** |
| List the contract number of any government contract | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease- 14400 Bel-Red Road, Suite 202** | |
| State the term remaining — **12/31/2025** | **NSA Motors, LLC**<br>**816 NE 43rd St. Apt 110**<br>**Seattle, WA 98105** |
| List the contract number of any government contract | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease- 14400 Bel-Red Road, Suite 100** | |
| State the term remaining — **10/31/2026** | **Olga Shade, LLC**<br>**623 Market St.**<br>**Kirkland, WA 98033** |
| List the contract number of any government contract | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 101C** | |
| State the term remaining | **2/28/2026** | |
| List the contract number of any government contract | | **Olga Shade, LLC 623 Market St. Kirkland, WA 98033** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 109B** | |
| State the term remaining | **8/31/2026** | |
| List the contract number of any government contract | | **Ruthwise Investment, LLC 14400 Bel-Red Road Suite 109B Bellevue, WA 98007** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 108A** | |
| State the term remaining | **10/31/2025** | |
| List the contract number of any government contract | | **S-On Chinese School LLC 1007 221 St. Ave. NE Sammamish, WA 98074** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 204B** | |
| State the term remaining | **10/31/2025** | |
| List the contract number of any government contract | | **Signature Eyelash and Spa 14400 Bel-Red Road Suite 204B Bellevue, WA 98007** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 101B** | |
| State the term remaining | **2/28/2026** | |
| List the contract number of any government contract | | **Silver Pacific Home Care and Staff 4275 S. Pine St., Ste A310 Tacoma, WA 98409** |

25-00240-11    Doc 1    Filed 02/11/25    Entered 02/11/25 12:17:29    Pg 28 of 43

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 108B** | |
| | State the term remaining | **3/31/2025** | **Sudden Beauty, LLC 21745 NE 181 PL Woodinville, WA 98077** |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 110** | |
| | State the term remaining | **5/31/2025** | **Sysmax Tech Inc. 14400 Bel-Red Road Suite 110 Bellevue, WA 98007** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 205** | |
| | State the term remaining | **6/30/2025** | **US Tiny Bear Corporation 8715 NE 159th Ct. Kenmore, WA 98028** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease- 14400 Bel-Red Road, Suite 104** | |
| | State the term remaining | **8/31/2025** | **Wenrui Art Studio, LLC 22922 NE 15th PL Sammamish, WA 98074** |
| | List the contract number of any government contract | | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Nanling Chen** | **14400 Bel-Red Road Unit 204 Bellevue, WA 98007** | **Axos Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Stanley Xu** | **14400 Bel-Red Road Unit 204 Bellevue, WA 98007** | **Axos Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **X & C Holdings LLC** | **14400 Bel-Red Road Unit 204 Bellevue, WA 98007** | **Axos Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

25-00240-11   Doc 1   Filed 02/11/25   Entered 02/11/25 12:17:29   Pg 30 of 43

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Amity Court LLC**            Case No. _____

                       Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **X & C Holdings LLC**<br>**14400 Bel-Red Road**<br>**Suite 204**<br>**Bellevue, WA 98007** | | | **100% member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Authorized Person** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 11, 2025** _____       Signature   **/s/ Stanley Xu** _____

                                                        **Stanley Xu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Amity Court LLC**                           Case No. _____

                                   Debtor(s)             Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **X & C Holdings LLC**<br>**14400 Bel-Red Road**<br>**Suite 204**<br>**Bellevue, WA 98007** | | | **100% member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Authorized Person** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 11, 2025**                     Signature    *Stanley Xu*

                                                              **Stanley Xu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **Amity Court LLC**                                                        Case No.

                                               Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 11, 2025**                **/s/ Stanley Xu**

                                                    **Stanley Xu**/Authorized Person
                                                    Signer/Title

In re    **Amity Court LLC** _____    Case No. _____

                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 11, 2025** _____

                                         **Stanley Xu/Authorized Person**
                                         Signer/Title

```
Amity Court LLC
14400 NE Bel Red Rd., Ste 204
Bellevue, WA 98007


James L. Day
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046
```

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
 United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


AMG Financial
1402 Third Ave
Suite 619
Seattle, WA 98191


AMG Financial
14400 Bel-Red Road
Suite 101A
Bellevue, WA 98007


Anna Lozhkina Photography
14400 Bel-Red Road
Suite 204A
Bellevue, WA 98007

Anna Lozhkina Photography
18318 32nd Ave SE
Bothell, WA 98012


Axos Bank
4350 La Jolla Village Drive
Suite 100
San Diego, CA 92122


B.E.E. Consulting, LLC
22903 66th Place West
Mountlake Terrace, WA 98043


Bush, Roed & Hitchings, Inc.
15400 SE 30th PL
Suite 100
Bellevue, WA 98007


Clark Barnes
1401 W. Garfield St.
Seattle, WA 98119


Conant Lens
14400 Bel-Red Rd.
Suite 102
Bellevue, WA 98007


Conant Lens
14400 Bel-Red Road
Suite 102
Bellevue, WA 98007


Cruise Center
14400 Bel-Red Road
Suite 103
Bellevue, WA 98007

CYT Makeup and Hair Studio, LLC
14400 Bel-Red Road
Suite 109A
Bellevue, WA 98007


DCI Engineers
818 Stewart St.
Suite 1000
Seattle, WA 98101


Fora Landscape Architects
1430 NE 65th St.
Seattle, WA 98115


InExt Staging
14400 Bel-Red Rd.
Suite 206
Bellevue, WA 98007


InExt Staging
14400 Bel-Red Road
Suite 206
Bellevue, WA 98007


Kenese Studio
14400 Bel-Red Road
Suite 105
Bellevue, WA 98007


Kinese Studio
14400 Bel-Red Road
Suite 105
Bellevue, WA 98007


Levite Construction Co.
14400 Bel-Red Road
Suite 204
Bellevue, WA 98007

Levite Construction Co.
14400 Bel-Red Road
Suite 203
Bellevue, WA 98007


Longwell Company
14400 Bel-Red Road
Suite 400
Bellevue, WA 98007


Longwell Office II LLC
14400 Bel-Red Road
Suite 204
Bellevue, WA 98007


LuComm Technologies
14400 Bel-Red Road
Suite 208
Bellevue, WA 98007


Mona Foundation
14400 Bel-Red Road
Suite 106
Bellevue, WA 98007


Nanling Chen
14400 Bel-Red Road
Unit 204
Bellevue, WA 98007


NSA Motors, LLC
14400 Bel-Red Road
Suite 202
Bellevue, WA 98007


NSA Motors, LLC
816 NE 43rd St. Apt 110
Seattle, WA 98105

Olga Shade, LLC
14400 Bel-Red Road
Unit 100
Bellevue, WA 98007


Olga Shade, LLC
623 Market St.
Kirkland, WA 98033


Rushing Company LLC
1725 Westlake Ave N.
Suite 300
Seattle, WA 98109


Ruthwise Investment, LLC
14400 Bel-Red Road
Suite 109B
Bellevue, WA 98007


S-On Chinese School
14400 Bel-Red Road
Suite 108B
Bellevue, WA 98007


S-On Chinese School LLC
1007 221 St. Ave. NE
Sammamish, WA 98074


Signature Eyelash and Spa
14400 Bel-Red Road
Suite 204B
Bellevue, WA 98007


Silver Pacific Home Care and Staff
14400 Bel-Red Road
Suite 101B
Bellevue, WA 98007

Silver Pacific Home Care and Staff
4275 S. Pine St., Ste A310
Tacoma, WA 98409


Stanley Xu
14400 Bel-Red Road
Unit 204
Bellevue, WA 98007


Sudden Beauty, LLC
14400 Bel-Red Road
Suite 108B
Bellevue, WA 98007


Sudden Beauty, LLC
21745 NE 181 PL
Woodinville, WA 98077


Sysmax Tech Inc.
14400 Bel-Red Road
Suite 110
Bellevue, WA 98007


US Tiny Bear Corporation
14400 Bel-Red Road
Suite 205
Bellevue, WA 98007


US Tiny Bear Corporation
8715 NE 159th Ct.
Kenmore, WA 98028


Wenrui Art Studio, LLC
14400 Bel-Red Rd.
Suite 103
Bellevue, WA 98007

Wenrui Art Studio, LLC
22922 NE 15th PL
Sammamish, WA 98074


X & C Holdings LLC
14400 Bel-Red Road
Unit 204
Bellevue, WA 98007

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Amity Court LLC** _____    Case No. _____

                             Debtor(s)    Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Amity Court LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**X & C Holdings LLC**
**14400 Bel-Red Road**
**Suite 204**
**Bellevue, WA 98007**

☐ None [*Check if applicable*]

**February 11, 2025** _____    **/s/ James L. Day** _____

Date                                  **James L. Day**

                                       Signature of Attorney or Litigant

                                       Counsel for    **Amity Court LLC** _____

                                       **Bush Kornfeld LLP**
                                       **601 Union St., Suite 5000**
                                       **Seattle, WA 98101-2373**
                                       **(206) 292-2110 Fax:(206) 292-2104**
                                       **jday@bskd.com**