Brian T. Peterson, WSBA #42088  
K&L Gates LLP  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104-1158  
(206) 623-7580  

Honorable Whitman L. Holt  
Chapter 11  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WASHINGTON  

In re:

AMITY COURT LLC,

                Debtor.

Case No. 25-00240-WLH11

**NOTICE OF APPEARANCE**

TO: Clerk of the Court

AND TO: All other Interested Parties

    PLEASE TAKE NOTICE that K&L Gates LLP and Brian T. Peterson hereby appear as counsel of record for Axos Bank ("Axos") in the above-referenced bankruptcy proceeding and request that all notices, pleadings, and informational filings sent to any person or entity in connection with this proceeding subsequent to the filing of this Request, including all notices sent pursuant to Bankruptcy Rule 2002, be sent to the undersigned attorneys for Axos.

    DATED this 12th day of February, 2025.

                              K&L Gates LLP

                              By: */s/ Brian T. Peterson*  
                              Brian T. Peterson, WSBA #42088  
                              925 Fourth Avenue, Suite 2900  
                              Seattle, WA 98104-1158  
                              Telephone: (206) 623-7580  
                              Email: brian.peterson@klgates.com

                              *Attorneys for Axos Bank*

NOTICE OF APPEARANCE - 1

K&L GATES LLP  
925 FOURTH AVENUE  
SUITE 2900  
SEATTLE, WASHINGTON 98104-1158  
TELEPHONE: (206) 623-7580  
FACSIMILE: (206) 623-7022

25-00240-WLH11    Doc 3    Filed 02/12/25    Entered 02/12/25 14:21:50    Pg 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I caused the foregoing document to be filed electronically through the CM/ECF system, which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on February 12, 2025 at Seattle, Washington.

/s/ *Chloe C. Morse*
Chloe C. Morse
Practice Assistant

NOTICE OF APPEARANCE - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

25-00240-WLH11    Doc 3    Filed 02/12/25    Entered 02/12/25 14:21:50    Pg 2 of 2