UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

AMITY COURT LLC,

            Debtor.

Chapter 11

Case No. 25-00240-WLH

**[PROPOSED] ORDER APPROVING ADEQUATE ASSURANCE TO UTILITIES PURSUANT TO 11 U.S.C. § 366**

THIS MATTER came before the Court upon the *Emergency Motion for Order Approving Adequate Assurance to Utilities* [Dkt. No. _____] (the "Motion"),[1] filed by Amity Court LLC ("Debtor"), debtor and debtor-in-possession in the above-captioned

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

[PROPOSED] ORDER APPROVING ADEQUATE ASSURANCE
TO UTILITIES PURSUANT TO 11 U.S.C. § 366 – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

involuntary chapter 11 bankruptcy case, for the entry of an order approving its Proposed Adequate Assurance to the Utility Providers listed on the Utility Service List attached to the Motion as Exhibit A. The Court, having reviewed the Motion, the Utility Service List, the declaration of Stanley Xu in support of First Day Motions, and the record and files herein, finds that the Proposed Adequate Assurance constitutes sufficient adequate assurance of payment to the Utility Providers, pursuant to § 366(b) of the Bankruptcy Code. Now, therefore, it is hereby

**ORDERED as follows:**

1. The Motion is granted to the extent set forth herein.

2. Within three (3) business days of entry of this order, the Debtor shall mail notice of the Motion and a copy of this Order to the Utility Providers listed on Exhibit A to the Motion.

3. The Utility Providers shall have until March 27, 2025 to submit to the Debtor a written objection to the Proposed Adequate Assurance proposed in the Motion.

4. If such an objection is submitted to the Debtor, the Debtor shall re-note the Motion for hearing on full notice as to the objecting Utility Provider(s), *provided, however*, that the objecting Utility Provider(s) may not alter, refuse or discontinue service to the Debtor until the Court rules on the re-noted Motion.

5. To the extent a Utility Provider does not submit an objection to the Debtor on or before March 27, 2025, this Order shall become a final order and the Proposed Adequate Assurance shall constitute sufficient adequate assurance of payment to the

[PROPOSED] ORDER APPROVING ADEQUATE ASSURANCE
TO UTILITIES PURSUANT TO 11 U.S.C. § 366 – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ib12nr014c

25-00240-WLH11    Doc 8-1    Filed 02/19/25    Entered 02/19/25 15:54:13    Pg 2 of 3

Utility Providers under 11 U.S.C. § 366(b) as to such non-objecting Utility Provider, with no further action required by the Debtor.

6. Absent further order of this Court, the Utility Providers are prohibited from (i) altering, refusing, or discontinuing service to or discriminating against the Debtor on account of unpaid prepetition invoices or due to the commencement of this case, or (ii) requiring the Debtor to pay a deposit or other security in connection with the provision of postpetition utility services.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP


By  /s/ Lesley Bohleber
    James L. Day, WSBA #20474
    Lesley Bohleber, WSBA #49150
Proposed Attorneys for Amity Court LLC

[PROPOSED] ORDER APPROVING ADEQUATE ASSURANCE TO UTILITIES PURSUANT TO 11 U.S.C. § 366 – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ib12nr014c

25-00240-WLH11    Doc 8-1    Filed 02/19/25    Entered 02/19/25 15:54:13    Pg 3 of 3