JAMES L. DAY (WSBA #20474)
LESLEY BOHLEBER (WSBA #49150)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
jday@bskd.com;
lbohleber@bskd.com

HONORABLE WHITMAN L. HOLT
HEARING DATE: February 25, 2025
HEARING TIME: 2:00 p.m.
RESPONSE DUE: At Time of Hearing
LOCATION: Telephonic

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

AMITY COURT LLC,

        Debtor.

Chapter 11

Case No. 25-00240-WLH

NOTICE OF HEARING ON EMERGENCY FIRST DAY MOTIONS

PLEASE TAKE NOTICE that Amity Court LLC (the "Debtor"), debtor-in-possession in the above-captioned chapter 11 bankruptcy case, has filed with the court the following Emergency Motions ("Emergency Motions"):

1. Debtor's Emergency Motion for Order Approving Adequate Assurance to Utilities (the "Utilities Motion");

2. Debtor's Emergency Motion for Order (1) Authorizing Interim Use of Cash Collateral, (2) Granting Adequate Protection, and (3) Setting Final Hearing (the "Cash Collateral Motion"); and

3. Debtor's Emergency Motion for Order Authorizing Continued Use of Prepetition Bank Account and Checks (the "Bank Account Motion").

PLEASE ALSO TAKE NOTICE that a hearing on the Emergency Motions will take place before the Honorable Whitman L. Holt on **Tuesday, February 25, 2025, at 2:00 p.m. PT** via Teleconference as follows:

NOTICE OF HEARING ON EMERGENCY
FIRST DAY MOTIONS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ib19dm01hc

25-00240-WLH11    Doc 11    Filed 02/19/25    Entered 02/19/25 16:08:00    Pg 1 of 2

**Phone Number:** 1-877-402-9757
**Access Code:** 7036041

The Emergency Motions are on file with the above-captioned court, together with supporting documents. Any party desiring copies of the Emergency Motions may request the same from the Clerk of Court or from the undersigned counsel at lbohleber@bskd.com.

If you object to approval of the Emergency Motions, you must file a written objection with the court <u>no later than at the time of the hearing</u>. If you do not timely file an objection, the court may enter orders granting approval of the Emergency Motions without further notice to you.

DATED this 19th day of February, 2025.

        BUSH KORNFELD LLP

        By   /s/ *Lesley Bohleber*
           James L. Day, WSBA #20474
           Lesley Bohleber, WSBA #49150
        *Proposed Attorneys for Debtor-in-Possession*

NOTICE OF HEARING ON EMERGENCY
FIRST DAY MOTIONS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ib19dm01hc

25-00240-WLH11   Doc 11   Filed 02/19/25   Entered 02/19/25 16:08:00   Pg 2 of 2