JAMES L. DAY (WSBA #20474)
LESLEY BOHLEBER (WSBA #49150)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
jday@bskd.com;
lbohleber@bskd.com

HONORABLE WHITMAN L. HOLT

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

In re

AMITY COURT LLC,

          Debtor.

Chapter 11

Case No. 25-00240-WLH

**PROOF OF SERVICE OF NOTICE OF HEARING ON EMERGENCY FIRST DAY MOTIONS**

I, ERIC YOCOM, declare as follows:

1.      I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration.

2.      On the 19th day of February 2025, on behalf of attorney Lesley Bohleber, I caused copies of the *Notice of Hearing on Emergency First Day Motions* [Dkt. No. 11], and the *Debtor's Emergency Motion for Order (1) Authorizing Interim Use of Cash*

PROOF OF SERVICE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104`

2876 ib19mm01rj

1  *Collateral, (2) Granting Adequate Protection, and (3) Setting Final Hearing* [Dkt No.

2  6] to be mailed U.S. First-Class mail, postage prepaid, to the parties listed on the

3  mailing matrix for this matter, attached hereto as **Exhibit A**.

4      I declare under penalty of perjury under the laws of the state of Washington that

5  the foregoing information is true and correct.

7      DATED this 19th day of February, 2025 at Seattle, Washington.

9      /s/ *Eric Yocom*
    Eric Yocom

PROOF OF SERVICE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104`

2876 ib19mm01rj

# EXHIBIT A

Label Matrix for local noticing
0980-2
Case 25-00240-WLH11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Wed Feb 19 15:35:25 PST 2025

AMG Financial
1402 Third Ave
Suite 619
Seattle, WA 98191-0001

AMG Financial
14400 Bel-Red Road
Suite 101A
Bellevue, WA 98007-3952

Amity Court LLC
14400 NE Bel Red Rd., Ste 204
Bellevue, WA 98007-3952

Anna Lozhkina Photography
14400 Bel-Red Road
Suite 204A
Bellevue, WA 98007-3952

Anna Lozhkina Photography
18318 32nd Ave SE
Bothell, WA 98012-9348

Attorney General of the
United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

(p)OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 2000
SEATTLE WA 98104-3188

Axos Bank
c/o Brian T. Peterson
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

(p)AXOS BANK
4350 LA JOLLA VILLAGE DR
SUITE 100
SAN DIEGO CA 92122-1244

B.E.E. Consulting, LLC
22903 66th Place West
Mountlake Terrace, WA 98043-2705

Lesley D Bohleber
Bush Kornfeld LLP
601 Union Street
Ste 5000
Seattle, WA 98101-2373

Bush, Roed & Hitchings, Inc.
15400 SE 30th PL
Suite 100
Bellevue, WA 98007-6546

CYT Makeup and Hair Studio, LLC
14400 Bel-Red Road
Suite 109A
Bellevue, WA 98007-3952

Clark Barnes
1401 W. Garfield St.
Seattle, WA 98119-3107

Conant Lens
14400 Bel-Red Rd.
Suite 102
Bellevue, WA 98007-3952

Cruise Center
14400 Bel-Red Road
Suite 103
Bellevue, WA 98007-3952

DCI Engineers
818 Stewart St.
Suite 1000
Seattle, WA 98101-1479

James L Day
Bush Strout & Kornfeld
601 Union Street
Suite 5000
Seattle, WA 98101-2373

Fora Landscape Architects
1430 NE 65th St.
Seattle, WA 98115-6728

InExt Staging
14400 Bel-Red Rd.
Suite 206
Bellevue, WA 98007-3952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kenese Studio
14400 Bel-Red Road
Suite 105
Bellevue, WA 98007-3952

Kinese Studio
14400 Bel-Red Road
Suite 105
Bellevue, WA 98007-3952

Levite Construction Co.
14400 Bel-Red Road
Suite 203
Bellevue, WA 98007-3952

Levite Construction Co.
14400 Bel-Red Road
Suite 204
Bellevue, WA 98007-3952

Longwell Company
14400 Bel-Red Road
Suite 400
Bellevue, WA 98007-3952

Longwell Office II LLC
14400 Bel-Red Road
Suite 204
Bellevue, WA 98007-3952

LuComm Technologies
14400 Bel-Red Road
Suite 208
Bellevue, WA 98007-3926

Mona Foundation
14400 Bel-Red Road
Suite 106
Bellevue, WA 98007-3952

NSA Motors, LLC
14400 Bel-Red Road
Suite 202
Bellevue, WA 98007-3952

NSA Motors, LLC
816 NE 43rd St. Apt 110
Seattle, WA 98105-6070

Nanling Chen
14400 Bel-Red Road
Unit 204
Bellevue, WA 98007-3952

Olga Shade, LLC
14400 Bel-Red Road
Unit 100
Bellevue, WA 98007-3952

Olga Shade, LLC
623 Market St.
Kirkland, WA 98033-5422

Brian T Peterson
K&L Gates LLP
925 4th Ave Suite 2900
Seattle, WA 98104-1158

Rushing Company LLC
1725 Westlake Ave N.
Suite 300
Seattle, WA 98109-6213

Ruthwise Investment, LLC
14400 Bel-Red Road
Suite 109B
Bellevue, WA 98007-3952

S-On Chinese School
14400 Bel-Red Road
Suite 108B
Bellevue, WA 98007-3952

S-On Chinese School LLC
1007 221 St. Ave. NE
Sammamish, WA 98074-6891

Signature Eyelash and Spa
14400 Bel-Red Road
Suite 204B
Bellevue, WA 98007-3952

Silver Pacific Home Care and Staff
14400 Bel-Red Road
Suite 101B
Bellevue, WA 98007-3952

Silver Pacific Home Care and Staff
4275 S. Pine St., Ste A310
Tacoma, WA 98409-6573

Stanley Xu
14400 Bel-Red Road
Unit 204
Bellevue, WA 98007-3952

State of Washington
Department of Revenue
2101 4th Ave, Ste 1400
Seattle, WA 98121-2300

Sudden Beauty, LLC
14400 Bel-Red Road
Suite 108B
Bellevue, WA 98007-3952

Sudden Beauty, LLC
21745 NE 181 PL
Woodinville, WA 98077-7186

Sysmax Tech Inc.
14400 Bel-Red Road
Suite 110
Bellevue, WA 98007-3952

U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494

U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121-3459

US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438

US Tiny Bear Corporation
14400 Bel-Red Road
Suite 205
Bellevue, WA 98007-3952

US Tiny Bear Corporation
8715 NE 159th Ct.
Kenmore, WA 98028-4473

US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220-0001

US Trustee
US Court House
920 W Riverside Ave, Suite 593
Spokane, WA 99201-1012

United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174-1009

WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

(p)WA STATE DEPT OF LABOR & INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300

```
Wenrui Art Studio, LLC          Wenrui Art Studio, LLC          X & C Holdings LLC
14400 Bel-Red Rd.               22922 NE 15th PL                14400 Bel-Red Road
Suite 103                       Sammamish, WA 98074-6509        Unit 204
Bellevue, WA 98007-3952                                         Bellevue, WA 98007-3952
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Attorney General's Office       Axos Bank                       Internal Revenue Service
Bankruptcy & Collections Unit   4350 La Jolla Village Drive     Jackson Federal Bldg
800 Fifth Avenue, Suite 2000    Suite 100                       915 2nd Ave M/S W243
Seattle, WA 98104               San Diego, CA 92122             Seattle, WA 98174


(d)WA Attorney General          WA Dept of L&I-OLY
Bankruptcy & Collections Unit   Collections
800 5th Ave  #2000              PO Box 44170
Seattle, WA 98104               Olympia, WA 98504-4170
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Conant Lens                  (d)InExt Staging                End of Label Matrix
14400 Bel-Red Road              14400 Bel-Red Road              Mailable recipients    62
Suite 102                       Suite 206                       Bypassed recipients     2
Bellevue, WA 98007-3952         Bellevue, WA 98007-3952         Total                  64
```