Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Whitman L. Holt
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>AMITY COURT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-00240-WLH<br><br>**DECLARATION OF CASSIDY RODGERSON IN SUPPORT OF OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ORDER (1) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (2) GRANTING ADEQUATE PROTECTION, AND (3) SETTING FINAL HEARING** |

I, Cassidy Rodgerson, declare as follows:

1.  I am a Special Assets Analyst at Axos Bank ("Axos") a federally chartered savings bank. I am over the age of eighteen, and I am competent in all ways to testify. The statements contained in this Declaration are based upon my personal knowledge and review of the Bank's business records, which are kept in the ordinary course of business.

2.  In my duties as Special Assets Analyst, I am involved in the collection of amounts owed to Axos Bank by Amity Court LLC pursuant to the terms of the Secured Promissory Note dated September 22, 2021, evidencing a loan made by Axos to the Debtor in the principal amount of $5,000,000.

DECLARATION OF CASSIDY RODGERSON IN SUPPORT OF
OBJECTION TO DEBTOR'S EMERGENCY MOTION - 1

509043733.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE +1 206 623 7580
FACSIMILE +1 206 623 7022

3. Attached hereto as Exhibit A is a true and correct copy of an email from Stanley Xu to me dated October 18, 2024, in which Staley Xu contests the value of the appraisal prepared on or about September 30, 2024, by Colliers International.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th day of February, 2025, at San Diego, CA.

Cassidy Rodgerson

DECLARATION OF CASSIDY RODGERSON IN SUPPORT OF
OBJECTION TO DEBTOR'S EMERGENCY MOTION - 2
509043733.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE +1 206 623 7580
FACSIMILE +1 206 623 7022

25-00240-WLH11    Doc 15    Filed 02/24/25    Entered 02/24/25 18:53:33    Pg 2 of 9

## CERTIFICATE OF SERVICE

I certify that on February 24, 2025, I caused a copy of the foregoing Objection to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Washington.

/s/Brian T. Peterson
Brian T. Peterson, WSBA #42088

DECLARATION OF CASSIDY RODGERSON IN SUPPORT OF
OBJECTION TO DEBTOR'S EMERGENCY MOTION - 3

509043733.2

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE +1 206 623 7580
FACSIMILE +1 206 623 7022

# EXHIBIT A

**To:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Cc:** Michelle Barisdale <MBarisdale@axosbank.com>
**Subject:** RE: Property Tax Due for Amity Court

Hi Michelle & Cassidy,

Thank you for your quick response to have a meeting today. One of the issues I would like to discuss in today's meeting is the appraisal of Amity Court, which was completed by an appraiser engaged by AXOS. I have invested in commercial real estate for more than 30 years and have seen a lot of appraisal reports. Respectfully, I don't agree with the approach the appraiser took in his report – Land Valuation.

Amity Court is an office building so the appropriate method to be used in appraisal is either Income Approach or Sale Comparison Approach. Land Valuation is inappropriate since no lender would give a loan based upon the land value under the current market conditions. If AXOS wants me to find a lender to refinance Amity Court and pay AXOS off, we have to adopt the value vie either Income Approach or Sale Comparison Approach, which is $4,610,000 or $4,520,000 respectively.

Appraiser made a few mistakes even in his land valuation approach. For example, on page #68, the land sale price of COMPARABLE 1 was $5,950,000 as shown in attached. Appraiser used sale price of $9,450,000. The sale price of COMPARABLE 3 was $7,000,000 not $7,050,000 used by the appraiser. I met the appraiser personally in Amity Court. I don't think that he would be an expert to be used in a court.

Let's discuss these later today.

Thank you,

Stanley Xu
Managing Member
Amity Court LLC
14400 NE Bel-Red Road, Suite #204
Bellevue, WA 98007
Tel: 425-455-6660 X 101
       425-336-1124(direct)
Fax:425-455-6662
e-mail: Stanley.Xu@LongwellCompany.com
Web Site: www.longwellcompany.com

---

**From:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Sent:** Friday, October 18, 2024 11:08 AM
**To:** Stanley Xu <stanley.xu@longwellcompany.com>
**Cc:** Michelle Barisdale <MBarisdale@axosbank.com>
**Subject:** Re: Property Tax Due for Amity Court

Hi Stanley,

Great, I will send out an invite with a dial in number shortly.

Thank you,

**Cassidy Rodgerson**

Special Assets Analyst

Office: 877-351-2265, ext. 1284

www.axosbank.com

---

**From:** Stanley Xu <stanley.xu@longwellcompany.com>
**Sent:** Friday, October 18, 2024 11:00 AM
**To:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Cc:** Michelle Barisdale <MBarisdale@axosbank.com>
**Subject:** RE: Property Tax Due for Amity Court

Cassidy,

Yes. 2:00 works for me.

What number should I call?

Thanks,

Stanley Xu
President
Longwell Company
14400 NE Bel-Red Road, Suite #204
Bellevue, WA 98007
Tel: 425-455-6660 X 101
　　　425-336-1124(direct)
Fax:425-455-6662
e-mail: Stanley.Xu@LongwellCompany.com
Web Site: www.longwellcompany.com

---

**From:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Sent:** Friday, October 18, 2024 9:39 AM
**To:** Stanley Xu <stanley.xu@longwellcompany.com>
**Cc:** Michelle Barisdale <MBarisdale@axosbank.com>
**Subject:** Re: Property Tax Due for Amity Court

Good morning Stanley,

Would you be available at 2pm today? If not, we can accommodate 2:30.

Thank you,

**Cassidy Rodgerson**

Special Assets Analyst

Office: 877-351-2265, ext. 1284

www.axosbank.com

---

**From:** Stanley Xu <stanley.xu@longwellcompany.com>
**Sent:** Friday, October 18, 2024 9:31 AM
**To:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Subject:** RE: Property Tax Due for Amity Court

Good morning, Cassidy,

Thank you for your quick response.

Could I call you between 2:30 and 3:30 this afternoon to discuss Amity Court?

Thanks,

Stanley Xu
President
Longwell Company
14400 NE Bel-Red Road, Suite #204
Bellevue, WA 98007
Tel: 425-455-6660 X 101
      425-336-1124(direct)
Fax:425-455-6662
e-mail: Stanley.Xu@LongwellCompany.com
Web Site: www.longwellcompany.com

---

**From:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Sent:** Wednesday, October 16, 2024 2:44 PM
**To:** Stanley Xu <stanley.xu@longwellcompany.com>
**Cc:** Jing You <jing.you@longwellcompany.com>; Edison Liu <edison.liu@longwellcompany.com>
**Subject:** Re: Property Tax Due for Amity Court

Hello Stanley,

The property tax payment was disbursed from escrow within the last two weeks so it should show up on your account shortly.

Thank you,

**Cassidy Rodgerson**

Special Assets Analyst

Office: 877-351-2265, ext. 1284

www.axosbank.com

---

**From:** Stanley Xu <stanley.xu@longwellcompany.com>
**Sent:** Wednesday, October 16, 2024 2:25 PM
**To:** Cassidy Rodgerson <Cassidy.Rodgerson@axosbank.com>
**Cc:** Jing You <jing.you@longwellcompany.com>; Edison Liu <edison.liu@longwellcompany.com>
**Subject:** Property Tax Due for Amity Court

Good afternoon, Cassidy,

The property tax for Amity Court is due 10/31/2024. Please advise when AXOS Bank will be processing the payment.

Thanks,

Stanley Xu
Managing Member
Amity Court LLC
14400 NE Bel-Red Road, Suite #204
Bellevue, WA 98007
Tel: 425-455-6660 X 101
     425-336-1124(direct)
Fax:425-455-6662
e-mail: Stanley.Xu@LongwellCompany.com
Web Site: www.longwellcompany.com

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.
CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.
CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your

cooperation is greatly appreciated.

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.