1   AMY L. LAMBDIN, OHBA #0083748
    Attorney for the United States Trustee
2   United States Department of Justice
3   920 West Riverside Avenue, Room 593
    Spokane, Washington 99201
4   Telephone (509) 353-3647

5

6
           **UNITED STATES BANKRUPTCY COURT**
7            **EASTERN DISTRICT OF WASHINGTON**

8   In re:
                                      Case No. 25-00240-WLH11
9
  Amity Court LLC,
                                      APPLICATION FOR APPROVAL OF
10                                       AGREED SCHEDULING ORDER
              Debtor.
11
                                      [28 U.S.C. §568(a)(7)(iv)]
12                                       [11 U.S.C. §105(d)]

13

14       The Acting United States Trustee, by and through his attorney, Amy L. Lambdin,

15 applies to the Court for approval of a scheduling order for this Chapter 11 case which is

16 filed concurrently with this application.  It provides:

17       The debtor in possession reserves the right to file requests for extensions of time

18 as the circumstances of the case may require.

19       The parties set the following deadlines for the following events to occur:

20
21       1.      The debtor in possession shall file any application(s) to employ an estate

22            attorney by February 28, 2025.

23       2.      The debtor in possession shall file any application(s) to employ a realtor

24            by April 28, 2025.

25

26

27

28   Application for Approval of Agreed Scheduling Order - 1

1    Wherefore, the Court is respectfully requested to approve the Agreed Scheduling

2    Order.

3
     Dated: February 25, 2025.
4                                              Respectfully submitted,

5
                                               JONAS V. ANDERSON
6                                              Acting United States Trustee

7                                              */s/ Amy L. Lambdin*
                                               Amy L. Lambdin
8                                              Attorney for the United States Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Application for Approval of Agreed Scheduling Order - 2