# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Amity Court LLC,

        Debtor.

Case No. 25-00240-WLH11

AGREED SCHEDULING ORDER

[28 U.S.C. §568(a)(7)(iv)]
[11 U.S.C. §105(d)]

Based upon the application filed by the Acting United States Trustee, for the approval of a scheduling order for this Chapter 11 case, and the agreement of the parties,

IT IS HEREBY ORDERED:

1. The debtor in possession shall file any application(s) to employ an estate attorney by February 28, 2025.

2. The debtor in possession shall file any application(s) to employ a realtor by April 28, 2025.

3. The debtor in possession reserves the right to file requests for extensions of time as the circumstances of the case may require.

\\\ End of Order \\\

Agreed Scheduling Order - 1

Presented by:

/s/ Amy L. Lambdin
Amy L. Lambdin
Attorney for the United States Trustee

/s/ James L. Day
James L. Day
Counsel for Debtor in Possession

Agreed Scheduling Order - 2