JAMES L. DAY (WSBA #20474)  HONORABLE WHITMAN L. HOLT
LESLEY BOHLEBER (WSBA #49150)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
jday@bskd.com;
lbohleber@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

AMITY COURT LLC,

        Debtor.

Chapter 11

Case No. 25-00240-WLH

DECLARATION OF JAMES L. DAY IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY BUSH KORNFELD LLP AS BANKRUPTCY COUNSEL

James L. Day declares as follows:

1. I am a partner of the law firm Bush Kornfeld LLP ("Bush Kornfeld") which maintains offices at 600 Union Street, Suite 5000, Seattle, Washington 98101.

2. I am fully familiar with the facts hereinafter stated, and am authorized to and hereby make this declaration (the "Declaration") in support of the Application of the above-captioned debtor (the "Debtor") for an order authorizing the employment and retention of Bush Kornfeld as general bankruptcy counsel to the Debtor in this bankruptcy case (the "Bankruptcy Case"), effective as of February 11, 2025 (the "Application"), and to provide certain disclosures under section 504 of Title 11 of the United States Code §§ 101 et seq. (the "Bankruptcy Code"), Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1

DECLARATION OF JAMES L. DAY IN SUPPORT OF
DEBTOR'S APPLICATION TO EMPLOY BUSH KORNFELD
LLP AS BANKRUPTCY COUNSEL– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-00240-WLH11    Doc 35    Filed 02/28/25    Entered 02/28/25 16:13:16    Pg 1 of 5

of the Local Rules of the Bankruptcy Court for the Eastern District of Washington (the "Local Rules").

3. The information contained in this Declaration is of my own personal knowledge, discussions with my partners, associates, and staff at Bush Kornfeld, or is derived from my review of the files and records in this case.[1]

4. All attorneys who will work on this engagement have read and are fully familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, and are sufficiently competent to handle whatever might foreseeably be expected of the Debtor's counsel in this matter.

5. Insofar as I have been able to ascertain, except as described herein, the other partners, counsel, and associates of Bush Kornfeld and I are disinterested parties within the meaning of section 101(14) of the Bankruptcy Code, and have no interest adverse to the Debtor with respect to matters for which Bush Kornfeld is to be engaged under the Application.

6. Bush Kornfeld will not represent any creditors or parties-in-interest in connection with the Bankruptcy Case.

7. The Office of United States Trustee appears in each bankruptcy matter that Bush Kornfeld appears. Aside from this, and unless otherwise disclosed herein, there is no known connection with the Office of United States Trustee or any of its attorneys. Also, Bush Kornfeld attorneys may appear before the Honorable Whitman L. Holt, but there is no known connection to Judge Holt or his chambers staff.

---

[1] Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather, within the personal knowledge of other attorneys or staff at Bush Kornfeld, and are based on information provided by them to me.

DECLARATION OF JAMES L. DAY IN SUPPORT OF
DEBTOR'S APPLICATION TO EMPLOY BUSH KORNFELD
LLP AS BANKRUPTCY COUNSEL– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-00240-WLH11    Doc 35    Filed 02/28/25    Entered 02/28/25 16:13:16    Pg 2 of 5

8. Bush Kornfeld has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners, associates and employees of Bush Kornfeld, or (b) any compensation another person or party has received or may receive.

9. Bush Kornfeld is not a creditor as defined in Section 101(10).

10. Bush Kornfeld is not indebted to the Debtor or its estate.

11. Bush Kornfeld does not hold or represent any interest adverse to the Debtor with respect to the matters for which it is being retained.

12. Neither Bush Kornfeld nor its professionals have any connection with the Debtor or its creditors.

13. Bush Kornfeld has not and does not represent an equity security holder as defined by Section 101(17);

14. Bush Kornfeld is not and has not been an equity security holder as defined by Section 101(17).

15. Bush Kornfeld is not and has not been an insider of the Debtor as defined by Section 101(31).

16. Bush Kornfeld has not and does not presently represent any insider as defined by Section 101(31), provided however, that for several months in 2013 and early 2014, Bush Kornfeld represented an entity known as Avante, LLC, or ERI/Avante, LLC, which was partially owned by the indirect equity holders of the Debtor, Stanley Xu and Nanling Chen. Bush Kornfeld has not represented either entity since early 2014.

DECLARATION OF JAMES L. DAY IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY BUSH KORNFELD LLP AS BANKRUPTCY COUNSEL– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-00240-WLH11    Doc 35    Filed 02/28/25    Entered 02/28/25 16:13:16    Pg 3 of 5

17. Bush Kornfeld has not participated in any transactions with the Debtor, including transactions of the type governed by Section 329(a) and Bankruptcy Rule 2017(a).

18. Bush Kornfeld has received compensation from the Debtor for services rendered or to be rendered in connection with the Bankruptcy Case, as more fully disclosed in the Statement of Compensation previously filed in this Bankruptcy Case [ECF No. 18].

19. Bush Kornfeld has conducted an internal conflicts check in regard to representation of other clients as required by any laws, statutes, or rules of professional conduct, and it found that no conflicts existed.

21. Based upon the documents and information available and provided to me, and except as otherwise described herein, Bush Kornfeld holds no interest adverse to the Debtor or its creditors as to the matters in which it is to be employed. I believe that Bush Kornfeld is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code. I know of no reason why Bush Kornfeld could not have acted and cannot act as attorneys for the Debtor.

22. Subject to this court's approval in accordance with section 330(a) of the Bankruptcy Code, Bush Kornfeld will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered, and for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith.

DECLARATION OF JAMES L. DAY IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY BUSH KORNFELD LLP AS BANKRUPTCY COUNSEL– Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-00240-WLH11    Doc 35    Filed 02/28/25    Entered 02/28/25 16:13:16    Pg 4 of 5

23. The following are Bush Kornfeld current hourly rates:

    a.    Attorneys: $475-$725

    b.    Paraprofessionals: $140-$200

24. My hourly rate is $725. Ms. Bohleber's hourly rate is $475.

25. Bush Kornfeld received advance fee deposits as more fully disclosed in the Statement of Compensation previously filed in the Bankruptcy Case [ECF No. 18].

26. I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct to the best of my knowledge.

DATED this 28th day of February, 2025.

                /s/ *James L. Day*
                James L. Day

DECLARATION OF JAMES L. DAY IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY BUSH KORNFELD LLP AS BANKRUPTCY COUNSEL– Page 5

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-00240-WLH11    Doc 35    Filed 02/28/25    Entered 02/28/25 16:13:16    Pg 5 of 5