JAMES L. DAY, WSBA #20474
LESLEY BOHLEBER, WSBA #49150
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: lbohleber@bskd.com; jday@bskd.com

HONORABLE WHITMAN L. HOLT

**HEARING DATE: OCTOBER 16, 2025**
**HEARING TIME: 10:00 AM PACIFIC**
**RESPONSE DUE: OCTOBER 9, 2025**
**LOCATION: YAKIMA**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

AMITY COURT LLC,

           Debtor.

Chapter 11

Case No. 25-00240-WLH

NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION

      On August 27, 2025, the court entered its *Order Approving First Amended Disclosure Statement for Debtor's Plan of Liquidation and Setting Deadlines and Hearing Regarding Plan Confirmation* [Docket No. 98], which approved the form of the *First Amended Disclosure Statement for Debtor's Plan of Liquidation* [Dkt. No. 93] (the "First Amended Disclosure Statement"), as satisfying the requirements of section 1125 of the Bankruptcy Code.

      **PLEASE TAKE NOTICE** that Amity Court LLC (the "Debtor"), debtor in possession, now seeks confirmation of its *Debtor's First Amended Plan of Liquidation* (the "First Amended Plan"), and a hearing to consider confirmation of the First Amended Plan (the "Confirmation Hearing") is scheduled to commence on **October 16, 2025, at 10:00 a.m.** in open court at the Tower Bldg, 2nd Floor Courtroom, 402 East Yakima Avenue, Yakima, WA.

      Copies of the First Amended Plan and First Amended Disclosure Statement, along with a Ballot for accepting or rejecting the First Amended Plan, are enclosed herewith. Any party desiring electronic copies of the First Amended Plan and First Amended Disclosure Statement may request the same from the Clerk of Court or from the undersigned counsel at eyocom@bskd.com.

NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S
FIRST AMENDED PLAN OF LIQUIDATION – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ii068g01g5

25-00240-WLH11    Doc 101    Filed 09/08/25    Entered 09/08/25 14:33:15    Pg 1 of 3

**PLEASE TAKE FURTHER NOTICE** that completed and signed Ballots for accepting or rejecting the First Amended Plan must be returned by one of the means set forth below no later than **October 9, 2025, at 5:00 p.m. Pacific Time**:

    **Via U.S. Mail or Courier:**

        **Amity Court Ballot Processing**
        **c/o Bush Kornfeld LLP**
        **Attn: Eric Yocom**
        **601 Union Street, Suite 5000**
        **Seattle, WA 98101**

    **Or**

**Via Electronic Mail: EYocom@bskd.com**

    **Or**

**Via Facsimile: (206) 292-2104  Attn: Eric Yocom**

**PLEASE TAKE FURTHER NOTICE** that any party that wishes to object to confirmation of the First Amended Plan must file such written objection via CM/ECF or with the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, 25 South Third Street, Room 201, Yakima, WA 98901 on or before **October 9, 2025, at 5:00 p.m. Pacific Time**, and serve a copy on the undersigned counsel for the Debtor. All objections to confirmation must:

a) be in writing;

b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules;

c) set forth the name of the objector and the nature and amount of any Claim asserted by the objector against or in the Debtor;

d) state with particularity the legal and factual bases for the objection and, if practicable, a proposed modification to the First Amended Plan that would resolve such objection; and

e) be filed with the Court, together with proof of service, and served so that they are actually received by the deadline set forth above.

Additional notice as to modifications or changes to the First Amended Plan shall be given only to the Office of the United States Trustee, any party in interest objecting to confirmation of the First Amended Plan as set forth above, and to other parties who have filed a notice of appearance, request for courtesy notice, or request for special notice.

NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S
FIRST AMENDED PLAN OF LIQUIDATION – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ii068g01g5

25-00240-WLH11    Doc 101    Filed 09/08/25    Entered 09/08/25 14:33:15    Pg 2 of 3

**PLEASE TAKE FURTHER NOTICE** that, absent further order of the Court, the October 16, 2025, Confirmation Hearing shall constitute a final hearing on confirmation of the First Amended Plan, and the Debtor intends to seek a finding from the Court that (i) due, proper and sufficient notice of the First Amended Plan, Confirmation Hearing, and all deadlines for voting on or filing objections to the First Amended Plan were provided in compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Eastern District of Washington, and (ii) that no other or further notice or solicitation is or shall be required.

DATED this 8th day of September, 2025.

BUSH KORNFELD LLP

By   /s/ *James L. Day*
  James L. Day, WSBA #20474
  Lesley Bohleber, WSBA #49150

  *Attorneys for Amity Court LLC,*
  *Debtor-in-Possession*

NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S
FIRST AMENDED PLAN OF LIQUIDATION – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2876 ii068g01g5

25-00240-WLH11    Doc 101    Filed 09/08/25    Entered 09/08/25 14:33:15    Pg 3 of 3